IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY W. WALBERG, | No. 2:14cv0988-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, proceeding in propria persona, brings this civil action under 28 U.S.C. § 1331.  Pending before the court is defendants' motion to dismiss (Doc. 8).  No opposition to the pending motion has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for April 22, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

   IT IS SO ORDERED.

DATED: April 14, 2015

                    *Craig M. Kellison*
                    **CRAIG M. KELLISON**
                    UNITED STATES MAGISTRATE JUDGE