IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY W. WALBERG, | No. 2:14cv0988-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, proceeding in propria persona, brings this civil action under 28 U.S.C. § 1331. Pending before the court is defendants' motion to dismiss (Doc. 8). The hearing on the motion was reset for June 24, 2015. Plaintiff was cautioned that any opposition to the motion was to be filed, pursuant to Local Rule 230, at least fourteen (14) days prior to the hearing date. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for June 24, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: June 17, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1