UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY W. WALBERG,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>       Defendants. | No. 2:14-cv-0988-TLN-CMK<br><br>**ORDER** |

Plaintiff, proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 2, 2016, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. (ECF No. 13.) No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 2, 2016, are adopted in full;
2. Defendant's motion to dismiss (ECF No. 8) is granted;
3. Plaintiff's complaint is dismissed with leave to amend; and

4. Plaintiff shall file an amended complaint within 30 days.

Dated: March 30, 2016

Troy L. Nunley
United States District Judge